THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CURTIS FITZPATRICK  XXX-XX-7581<br>4104 FOREST TRAIL<br>MARSHALL, TX 75672<br><br>ANGELA RENAE FITZPATRICK  XXX-XX-8752<br>4104 FOREST TRAIL<br>MARSHALL, TX 75672<br><br>DEBTORS | § CASE NUMBER: <u>13-20136</u><br>§<br>§ CHAPTER 13<br>§<br>§<br>§<br>§<br>§ NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, John J. Talton files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor**: OCWEN LOAN SERVICING, LLC

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 08 | 4640 | $10,975.32 | $8,081.55 | $8,081.55 | $0.00 |

Total Amount Paid by Trustee:    $8,081.55

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid: Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

/S/John J. Talton
John J. Talton, SBN 19629700
110 N. College Ave. 12th Floor
Tyler, TX 75702
(903) 593-7777, Fax (903) 597-1313