THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CURTIS FITZPATRICK   XXX-XX-7581<br>4104 FOREST TRAIL<br>MARSHALL, TX 75672<br><br>ANGELA RENAE FITZPATRICK   XXX-XX-8752<br>4104 FOREST TRAIL<br>MARSHALL, TX 75672<br><br>DEBTORS | § CASE NUMBER: 13-20136<br>§<br>§ CHAPTER 13<br>§<br>§<br>§<br>§ |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING CHAPTER 13 CASE

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon his request to be discharged of his duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that John J. Talton is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 09/24/2018



_____ SW
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE